hc

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

2008 JUN 24 PM 1:38

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**vs.**<br>**Esmeralda Heredia GALLEGOS** | **Magistrate's Case No.** 08 MJ 1942<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br><br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about June 23, 2008, within the Southern District of California, defendant Esmeralda Heredia GALLEGOS did knowingly and intentionally import approximately 20.85 kilograms of methamphetamine, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 24th day of June, 2008.

United States Magistrate Judge

HC

United States of America
VS.
**Esmeralda GALLEGOS**

## STATEMENT OF FACTS

On June 23, 2008, at approximately 3:38 pm, Esmeralda GALLEGOS was waiting in lane number 13 to apply for admission into the United States from Mexico at the San Ysidro Port of Entry (POE), San Diego, CA. Customs and Border Protection (CBP) Officer E. Ongsioco encountered GALLEGOS as he was conducting pre-primary roving operations at the San Ysidro POE. GALLEGOS was the driver and sole occupant of a burgundy 2001 Jeep Wrangler bearing California license plate 5PGX089. Officer Ongsioco reported that GALLEGOS said she had travelled from Victorville, CA today to go to a doctor's appointment in Tijuana, Mexico. GALLEGOS stated that she was the registered owner of the vehicle, and that she had purchased it approximately six months ago.

Officer Ongsioco reported that he observed that GALLEGOS was acting nervous, was avoiding eye contact, had abnormally pale skin tone in her face, and had shaky hands. Officer Ongsioco conducted a cursory inspection of GALLEGOS' vehicle and observed a non-factory compartment built underneath the floorboard. Officer Ongsioco requested the assistance of CBP Officer E. Drivdahl to screen the vehicle with his narcotics detector dog. Officer Drivdahl's narcotics detector dog alerted to the presence of a narcotic odor near the rear of GALLEGOS' vehicle. GALLEGOS and her vehicle were referred to the secondary lot for an intensive inspection.

CBP Officer L. Hua was assigned to conduct the secondary inspection of GALLEGOS' vehicle. Officer Hua discovered a non-factory compartment in the floorboard of the vehicle.

HC

Officer Hua gained access to the compartment and observed packages consistent with narcotics packaging. Officer Hua probed a random package revealing a white-crystalline substance that field-tested positive for amphetamines. Officer Hua removed a total of 20 packages of methamphetamine from GALLEGOS' vehicle with an aggregate weight of 20.85 kilograms.